**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                         CHAPTER 13 CASE:

CALVIN WHITE                                              05-02926-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| CALVIN WHITE | P.O. BOX 821534<br>VICKSBURG, MS 39182 | $542.53 |
| | | |
| | | |

DATED:       03/18/10                          Respectfully submitted,

                                               /s/James L. Henley, Jr.
                                               James L. Henley, Jr., MSB #9909
                                               Chapter 13 Trustee
                                               PO Box 31980
                                               Jackson, MS 39286
                                               (601) 981-9100


CC:    EDWIN WOODS, JR.
       1222 JACKSON STREET
       VICKSBURG, MS 39183